**FOURTH DIVISION**
**MERCIER, C. J.,**
**DILLARD, P. J., and LAND, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules

**July 10, 2023**

# In the Court of Appeals of Georgia

A20A1873. THE STATE v. BOWMAN.

DILLARD, Presiding Judge.

In *Bowman v. State*,[1] the Supreme Court of Georgia reversed this Court's opinion in *State v. Bowman*.[2] Accordingly, we vacate our prior opinion and adopt the opinion of the Supreme Court. As a result, the judgment of the trial court is affirmed.

*Judgment affirmed. Mercier, C. J., and Land, J., concur.*

---

[1] 315 Ga. 707 (884 SE2d 293) (2023).

[2] 361 Ga. App. 465 (863 SE2d 180) (2021).